**Notice Recipients**

District/Off: 0425–2                    User: skh                         Date Created: 12/23/2015

Case: 2:14–ap–02083                     Form ID: pdf001                   Total: 8


**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp       Robert Johns

                                             TOTAL: 1


**Recipients of Notice of Electronic Filing:**
aty        Carl W. Roop       bankruptcy@roopsmithlaw.com.

                                             TOTAL: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla        Benjamin Campbell     P.O. Box 691      Beckley, WV 25801
dft        Gary Lewis Rowe     111 Sanger Street     Oak Hill, WV 25901
smg      United States Attorney     Southern District WV     P.O. Box 1713     Charleston, WV 25326–1713
smg      WV Department of Tax & Revenue     Bankruptcy Unit     P.O. Box 766     Charleston, WV 25323–0766
ust        U.S. Trustee     2025 Robert C. Byrd U.S. Courthouse     300 Virginia Street, East     Charleston, WV 25301
ust        United States Trustee     2025 Robert C. Byrd U.S. Courthouse     300 Virginia Street, East     Charleston, WV 25301

                                             TOTAL: 6